# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 5/8/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge / Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed arbitrator / mediator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Denver / Institute for the Advancement of the American Legal System | 2/24 - 2/26/2016 | Denver, CO | IAALS Fourth Civil Justice Reform Summit | Flight; hotel; meals; ground transportation |
| 2. | American College of Trial Lawyers | 3/31 - 4/3/2016 | Dallas, TX | ACTL National Trial Competition | Flight; hotel; meals; ground transportation |
| 3. | University of Denver / Institute for the Advancement of the American Legal System | 4/21 - 4/22/2016 | Denver, CO | IAALS Rebuilding Justice Dinner | Hotel; meals; ground transportation |
| 4. | American Bar Association | 10/19 - 10/20/2016 | Las Vegas, NV | ABA National Institute on Class Actions | Flight; hotel; meals; ground transportation; mileage; parking |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zouhary, Jack | 5/8/2017 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust #1 | | | | | | | | | |
| 2.   - Boeing* | A | Dividend | K | T | | | | | |
| 3.   - DCT Industrial Trust* | A | Dividend | K | T | | | | | |
| 4.   - Deere & Co* | A | Dividend | K | T | | | | | |
| 5.   - General Electric* | C | Dividend | M | T | | | | | |
| 6.   - Intel* | B | Dividend | L | T | | | | | |
| 7.   - I Shares TR Russell Mid Cap Value* | A | Dividend | K | T | | | | | |
| 8.   - Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 9.   - Pepsico* | A | Dividend | K | T | | | | | |
| 10.   - Pennsylvania Mutual Fund | A | Dividend | K | T | | | | | |
| 11.   - US Bancorp Delaware New* | A | Dividend | J | T | | | | | |
| 12.   - Abbott Labs* | A | Dividend | J | T | | | | | |
| 13.   - AT&T* | A | Dividend | J | T | | | | | |
| 14.   - Atmos Energy* | B | Dividend | M | T | | | | | |
| 15.   - BP PLC* | B | Dividend | K | T | | | | | |
| 16.   - Cardinal Health Inc Ohio * | A | Dividend | L | T | | | | | |
| 17.   - Coca Cola* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Eaton* | B | Dividend | L | T | | | | | |
| 19. - Centurylink* | A | Dividend | J | T | | | | | |
| 20. - HSBC Holding* | A | Dividend | J | T | | | | | |
| 21. - JP Morgan Chase* | A | Dividend | J | T | | | | | |
| 22. - Key Corp* | A | Dividend | M | T | | | | | |
| 23. - McDonald's* | D | Dividend | O | T | | | | | |
| 24. - Merck & Co* | B | Dividend | L | T | | | | | |
| 25. - Royal Dutch Shell* | C | Dividend | L | T | | | | | |
| 26. - Bristol-Myers Squibb* | A | Dividend | K | T | | | | | |
| 27. - Conoco Philips* | A | Dividend | J | T | | | | | |
| 28. - Colgate Palmolive* | A | Dividend | J | T | | | | | |
| 29. - Conagra Foods* | A | Dividend | K | T | | | | | |
| 30. - Du Pont E 1 DeNemours* | A | Dividend | K | T | | | | | |
| 31. - HCP Inc. * | A | Dividend | J | T | | | | | |
| 32. - Olin* | A | Dividend | J | T | | | | | |
| 33. - Oracle* | A | Dividend | K | T | | | | | |
| 34. - Walgreen* | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Nuveen Ohio Mun (Fund) | B | Interest | K | T | | | | | |
| 36. - Sprint Nextel* | | None | J | T | | | | | |
| 37. - Stryker* | A | Dividend | K | T | | | | | |
| 38. - Windstream* | A | Dividend | J | T | | | | | |
| 39. - Wisconsin Energy* | B | Dividend | L | T | | | | | |
| 40. - 3 M* | B | Dividend | L | T | | | | | |
| 41. - Eaton Vance Tax (Fund) | A | Dividend | J | T | | | | | |
| 42. - Amgen* | A | Dividend | K | T | | | | | |
| 43. - Johnson & Johnson* | B | Dividend | K | T | | | | | |
| 44. - Microsoft* | B | Dividend | K | T | | | | | |
| 45. - American Electric Power* | A | Dividend | K | T | | | | | |
| 46. - Bob Evans Farms* | A | Dividend | L | T | | | | | |
| 47. - Citigroup* | A | Dividend | J | T | | | | | |
| 48. - Pfizer* | A | Dividend | K | T | | | | | |
| 49. - Travelers* | A | Dividend | J | T | | | | | |
| 50. - Teco Energy* | A | Dividend | | | Sold | 07/01/16 | J | A | |
| 51. - Verizon Communications* | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Deutsche Bank PFD Trust | A | Dividend | J | T | | | | | |
| 53.  - Waste Management* | A | Dividend | K | T | | | | | |
| 54.  - Merrill Lynch (Accounts) | A | Interest | O | T | | | | | |
| 55.  - Key Bank (Accounts) | A | Interest | K | T | | | | | |
| 56.  - Nationwide Bank (Accounts) | D | Interest | O | T | | | | | |
| 57.  - Butler County (Bond) | A | Interest | K | T | | | | | |
| 58.  - Elida Local School (Bond) | A | Interest | K | T | | | | | |
| 59.  - Butler County Transportation (Bond) | A | Interest | K | T | | | | | |
| 60.  - Clorox | A | Dividend | K | T | | | | | |
| 61.  - PPG | A | Dividend | K | T | | | | | |
| 62.  - Q Com | A | Dividend | K | T | | | | | |
| 63.  - VGT | A | Dividend | K | T | | | | | |
| 64.  - VWO | A | Dividend | J | T | | | | | |
| 65.  - Apple | A | Dividend | K | T | | | | | |
| 66.  - Kroger | A | Dividend | K | T | | | | | |
| 67.  - Proctor Gamble | A | Dividend | K | T | | | | | |
| 68.  - NBH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - ATOIX | A | Interest | M | T | | | | | |
| 70.  - TGBAX | A | Interest | J | T | | | | | |
| 71.  - LDLFX | B | Dividend | L | T | | | | | |
| 72.  - Ohio State Higher Education Fac. (Bond) | A | Interest | | | Redeemed | 05/02/16 | J | A | |
| 73.  - Greene County Hosp. (Bond) | A | Interest | K | T | | | | | |
| 74.  - Am. Mun. Power OH Rev (Bond) | A | Interest | | | Redeemed | 02/10/16 | J | | |
| 75.  - Frontier | A | Dividend | J | T | | | | | |
| 76.  - Banco Santander | A | Dividend | | | Sold | 12/20/16 | J | | |
| 77.  - Diageo | A | Dividend | J | T | | | | | |
| 78.  - Kimberly Clark | A | Dividend | K | T | | | | | |
| 79.  - Monsanto | A | Dividend | J | T | | | | | |
| 80.  - Philip Morris | A | Dividend | J | T | | | | | |
| 81.  - Lord Abbett Floating Rate Fund | A | Dividend | K | T | | | | | |
| 82.  - Morgan Stanley Pfd. | B | Dividend | | | Redeemed | 08/03/16 | K | A | |
| 83.  - Gabelli Utilities Fund | B | Dividend | L | T | | | | | |
| 84.  - Barrick Gold | A | Dividend | J | T | | | | | |
| 85.  - Berkshire Hathaway | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Broadcom | A | Dividend | J | T | | | | | |
| 87. - Cisco | A | Dividend | J | T | | | | | |
| 88. - First Trust High Income | A | Dividend | J | T | | | | | |
| 89. - VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 90. - Newmont Mining | A | Dividend | J | T | | | | | |
| 91. - Paychex | A | Dividend | J | T | | | | | |
| 92. - Petrobras | A | Dividend | J | T | | | | | |
| 93. - Telefonica | A | Dividend | J | T | | | | | |
| 94. - Teva | A | Dividend | J | T | | | | | |
| 95. - Vodafone | A | Dividend | J | T | | | | | |
| 96. - Doubleline Total Return | A | Dividend | J | T | | | | | |
| 97. - TCW Total Return | A | Dividend | K | T | | | | | |
| 98. - SPDR Nuveen S&P High | A | Dividend | J | T | | | | | |
| 99. - Philips 66 | A | Dividend | J | T | | | | | |
| 100. - Aegon PFD | A | Dividend | J | T | | | | | |
| 101. - SPDR Int (DWX) | A | Dividend | J | T | | | | | |
| 102. - DJIA Mitt (MLPHV) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Annaly Capital (NLY PRA) | B | Dividend | J | T | | | | | |
| 104. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 105. - Protective Life Debenture (PL PRC) | A | Dividend | J | T | | | | | |
| 106. - Abbvie (ABBV) | A | Dividend | J | T | | | | | |
| 107. - Glaxo Smith | A | Dividend | J | T | | | | | |
| 108. - Goldman Sachs MLP Energy | A | Dividend | J | T | | | | | |
| 109. - Google | | None | J | T | | | | | |
| 110. - Halyard | | None | J | T | | | | | |
| 111. - Hamilton County (Bond) | A | Interest | L | T | | | | | |
| 112. - Becton Dickinson | A | Dividend | J | T | | | | | |
| 113. - Chemours | A | Dividend | J | T | | | | | |
| 114. - IDV | A | Dividend | J | T | | | | | |
| 115. - Fireye | | None | J | T | | | | | |
| 116. - Twitter | | None | | | Sold | 11/04/16 | J | | |
| 117. - Lamb Weston | A | Dividend | J | T | Spinoff (from line 29) | 11/09/16 | J | | |
| 118. - Quality Care Properties | | None | J | T | Spinoff (from line 31) | 11/04/16 | J | | |
| 119. - American Express | A | Dividend | J | T | Buy | 01/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Gilead Science | A | Dividend | L | T | Buy | 09/30/16 | L | | |
| 121. IRA #1 | | | | | | | | | |
| 122. - Calamos (CVTRX) | A | Dividend | J | T | | | | | |
| 123. - Thomas McDonald Money Market Fund (Wells Fargo Bank) | A | Interest | J | T | | | | | |
| 124. - Thornburg International Value (TGVIX) | A | Dividend | K | T | | | | | |
| 125. - Dividend Capital Property Fund | A | Dividend | K | T | | | | | |
| 126. - Victory Portfolio (IPFIX) | A | Interest | J | T | | | | | |
| 127. - Franklin Microcap (FVRMX) | | None | J | T | | | | | |
| 128. IRA #2 | | | | | | | | | |
| 129. - DFEOX | A | Dividend | K | T | | | | | |
| 130. - DFITX | A | Dividend | K | T | | | | | |
| 131. - DFREX | A | Dividend | K | T | | | | | |
| 132. - DFALX | A | Dividend | J | T | | | | | |
| 133. - Schwab (Account) | A | Interest | K | T | | | | | |
| 134. - DFQTX | A | Dividend | K | T | | | | | |
| 135. - DFIEX | A | Dividend | K | T | | | | | |
| 136. IRA #3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Morgan Stanley & Co. | D | Int./Div. | P1 | T | | | | | |
| 138. - Microsoft (MSFT)* | D | Dividend | M | T | | | | | |
| 139. - I Shares S&P (PFF) | B | Dividend | K | T | | | | | |
| 140. - Gabelli Utilities (GAUAX) | C | Dividend | K | T | | | | | |
| 141. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 142. IRA #4 | | | | | | | | | |
| 143. - Blackrock Build America (BBN) | B | Dividend | K | T | | | | | |
| 144. - Spider China ETF (GXC) | A | Dividend | J | T | | | | | |
| 145. - Vanguard Total Market EFT (VTI) | A | Dividend | J | T | | | | | |
| 146. - Dodge & Cox Income (DODIX) | A | Dividend | K | T | | | | | |
| 147. - Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 148. - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 149. - Vanguard Money Market (Accounts) | A | Interest | L | T | | | | | |
| 150. - Vanguard High Yield Corp (VWEHX) | B | Dividend | K | T | | | | | |
| 151. - SPDR Int Div (DWX) | A | Dividend | J | T | | | | | |
| 152. - Tortoise Energy (NDP) | B | Dividend | J | T | | | | | |
| 153. - Pennsylvania Mutual (PENNX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - TCW Return (TGLMX) | A | Dividend | K | T | | | | | |
| 155.  - VBIRX | A | Dividend | K | T | | | | | |
| 156.  - Annaly Capital (NLY) & (NLY-PA) | A | Dividend | J | T | | | | | |
| 157.  - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 158.  - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 159.  - Vodafone (VOD) | A | Dividend | K | T | | | | | |
| 160.  - Gateway (GATEX) | A | Dividend | K | T | | | | | |
| 161.  - I Shares Russell Midcap (IWS) | A | Dividend | J | T | | | | | |
| 162.  - British Petroleum (BP) | A | Dividend | J | T | | | | | |
| 163.  - Blackstone (BX) | B | Dividend | K | T | | | | | |
| 164.  - GSMLP Energy (GER) | A | Dividend | J | T | | | | | |
| 165.  - JP Morgan Equity (HLIEX) | B | Dividend | L | T | | | | | |
| 166.  - Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 167.  - Henderson European Focus (HFEAX) | | None | K | T | | | | | |
| 168.  - Gabelli Utilities Fund (GAUIX) | C | Dividend | K | T | | | | | |
| 169.  - VWO | A | Dividend | K | T | | | | | |
| 170.  - VGK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - IDV | A | Dividend | J | T | | | | | |
| 172. - CVX | A | Dividend | K | T | | | | | |
| 173. - PJT | | None | | | Sold | 07/14/16 | J | A | |
| 174. - EWZ | A | Dividend | J | T | | | | | |
| 175. - Oppenheimer Internatonal (OIBAX) | A | Dividend | J | T | | | | | |
| 176. - Growth Fund of America (GFAFX) | A | Dividend | J | T | | | | | |
| 177. - DFE | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 178. - DXJ | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 179. - Nationwide (Accounts) | A | Interest | L | T | Buy | 03/04/16 | L | | |
| 180. IRA #5 | | | | | | | | | |
| 181. - Tortoise Energy (NDP) | B | Dividend | K | T | | | | | |
| 182. - VOYA Infrastructure | B | Dividend | K | T | | | | | |
| 183. - Vanguard Money Market (Accounts) | A | Interest | K | T | | | | | |
| 184. - Apollo Investment (AIY) | A | Dividend | J | T | | | | | |
| 185. - Ares Capital (ARCC) | B | Dividend | K | T | | | | | |
| 186. - OXY | A | Dividend | J | T | | | | | |
| 187. - CRC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Medtronics | A | Dividend | J | T | Buy | 12/30/16 | J | | |
| 189.  John Hancock Venture | D | Dividend | M | T | | | | | |
| 190.  Reliastar Whole Life (Insurance) | A | Interest | K | T | | | | | |
| 191.  US Savings Bonds | B | Interest | | | Redeemed | 11/15/16 | L | E | |
| 192.  Citigroup (C)* | A | Dividend | J | T | | | | | |
| 193.  Coca Cola European (CCE)* | A | Dividend | K | T | | | | | |
| 194.  Walt Disney Company (DIS)* | A | Dividend | K | T | | | | | |
| 195.  FFD Financial (FFDF)* | A | Dividend | K | T | | | | | |
| 196.  Motorola Solutions (MSI) | A | Dividend | J | T | | | | | |
| 197.  Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |
| 198.  RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 199.  Old National Bank (ONB) | A | Dividend | J | T | | | | | |
| 200.  US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 201.  Huntington* | A | Dividend | J | T | | | | | |
| 202.  Orbital (OBTEF)* | | None | | | Sold | 12/22/16 | J | | |
| 203.  Merrill Lynch CMA Funds (cash) | B | Interest | M | T | | | | | |
| 204.  Amgen (AMGN)* | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Applied Material (AMAT)* | A | Dividend | K | T | | | | | |
| 206. Ares Capital (ARCC)* | B | Dividend | J | T | | | | | |
| 207. AT&T (T)* | A | Dividend | K | T | | | | | |
| 208. Bristol-Myers Squibb (BMY)* | A | Dividend | K | T | | | | | |
| 209. Coca Cola (KO)* | B | Dividend | K | T | | | | | |
| 210. Conagra Foods (CAG)* | A | Dividend | K | T | | | | | |
| 211. Eli Lilly (LLY)* | A | Dividend | K | T | | | | | |
| 212. Intel (INTL)* | A | Dividend | K | T | | | | | |
| 213. KeyCorp (KEY)* | A | Dividend | J | T | | | | | |
| 214. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 215. Marathon Petroleum (MPC) | A | Dividend | J | T | | | | | |
| 216. Sony (SNE)* | A | Dividend | J | T | | | | | |
| 217. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 218. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 219. Blackrock Mun Intermediate Fund (MUI) | A | Interest | J | T | | | | | |
| 220. CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 221. Goldman Sachs (GSMAX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Loomis Sayles (NEFZX) | A | Interest | K | T | | | | | |
| 223. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 224. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 225. VGK | A | Dividend | | | Sold | 12/30/16 | J | | |
| 226. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | K | T | | | | | |
| 227. Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 228. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 229. Pfizer (PFE) | A | Dividend | K | T | | | | | |
| 230. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 231. SB Financial Group | A | Dividend | J | T | | | | | |
| 232. California Resources (CRC) | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 233. DTE Energy * | A | Dividend | K | T | | | | | |
| 234. Cedar Fair (FUN)* | D | Dividend | L | T | | | | | |
| 235. Nationwide Bank (Accounts) | C | Interest | O | T | | | | | |
| 236. Butler County (Bond) | C | Interest | L | T | | | | | |
| 237. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 238. IXJ | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. VGT | A | Dividend | K | T | | | | | |
| 240. VEU | A | Dividend | J | T | | | | | |
| 241. Vanguard (Accounts), previously VOHXX | A | Dividend | K | T | | | | | |
| 242. VOHIX | C | Interest | L | T | | | | | |
| 243. DFA US Core Equity (DFQTX) | C | Dividend | N | T | | | | | |
| 244. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 245. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 246. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 247. ATOIX | B | Dividend | M | T | | | | | |
| 248. XLP | A | Dividend | K | T | | | | | |
| 249. Dexcom | | None | J | T | | | | | |
| 250. VFSTX | A | Dividend | J | T | | | | | |
| 251. Cisco (CISCO) | A | Dividend | K | T | | | | | |
| 252. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 253. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 254. Kroger (KR) | A | Dividend | K | T | | | | | |
| 255. Monsanto (MON) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Petroleo Brasileiro (PBR) | A | Dividend | | | Sold | 12/01/16 | J | | |
| 257. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 258. Exelon (EXC) | A | Dividend | J | T | | | | | |
| 259. Tortoise MLP Fund (NTG) | A | Dividend | K | T | | | | | |
| 260. Abbott (ABT) | A | Dividend | J | T | | | | | |
| 261. Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 262. Newmont Mining (NEM) | A | Dividend | J | T | | | | | |
| 263. VOYA Infrastructure (IDE) | A | Dividend | J | T | | | | | |
| 264. Morgan Stanley PFD (MSK) | C | Dividend | | | Redeemed | 08/03/16 | K | A | |
| 265. Proctor Gamble (PG) | B | Dividend | K | T | | | | | |
| 266. Statoil (STO) | A | Dividend | J | T | | | | | |
| 267. Teva (TEVA) | A | Dividend | J | T | | | | | |
| 268. Transocean (RIG) | A | Dividend | | | Sold | 11/10/16 | K | | |
| 269. First Trust (FSD) | A | Dividend | J | T | | | | | |
| 270. Abbvie (ABBV) | A | Dividend | J | T | | | | | |
| 271. Apple (AAPL) | A | Dividend | K | T | | | | | |
| 272. Apache (APA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Citrix (CTXS) | | None | K | T | | | | | |
| 274. Rio Tinto (RIO) | A | Dividend | J | T | | | | | |
| 275. Suncor (SU) | A | Dividend | K | T | | | | | |
| 276. Windstream (WIN) | B | Dividend | J | T | | | | | |
| 277. Vanguard High Dividend (VYM) | A | Dividend | J | T | | | | | |
| 278. Halyard (HYH) | | None | J | T | | | | | |
| 279. Chicago Bridge & Iron (CBI) | A | Dividend | | | Sold | 11/22/16 | J | | |
| 280. Dorman (DORM) | | None | J | T | | | | | |
| 281. Amazon (AMZN) | | None | K | T | | | | | |
| 282. EBay (EBAY) | | None | J | T | | | | | |
| 283. Philip Morris (PM) | A | Dividend | K | T | | | | | |
| 284. Zoetis (ZTS) | A | Dividend | J | T | | | | | |
| 285. Vanguard Total Int. (VXUS) | A | Dividend | J | T | | | | | |
| 286. I Share Japan (EWJ) | A | Dividend | J | T | | | | | |
| 287. Power Shares Exchange (BKLN) | A | Dividend | J | T | | | | | |
| 288. Walmart | A | Dividend | J | T | | | | | |
| 289. Prudential Financial (PRU) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Market Oil Services (OIH) | A | Dividend | J | T | | | | | |
| 291. Marathon Oil (MRO) | A | Dividend | J | T | | | | | |
| 292. Baxter (BAX) | A | Dividend | J | T | | | | | |
| 293. Baxalta (BXLT) | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 294. PayPal | | None | J | T | | | | | |
| 295. UNITI Group, formerly known as Communication Sales (CSAL) | A | Dividend | J | T | | | | | |
| 296. Synchrony Bank (Accounts) | A | Interest | M | T | | | | | |
| 297. Hamilton County (Bond) | A | Interest | K | T | | | | | |
| 298. Dividend Capital Total Realty Trust | B | Dividend | J | T | | | | | |
| 299. Lamb Weston | A | Dividend | J | T | Spinoff (from line 210) | 11/09/16 | J | | |
| 300. Market Vector Short (SHYD) | A | Interest | J | T | Buy | 11/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stocks and ETFs.

Trust #1 (Lines 1-120 ) contains Aggregate Ownership Arrangements in which my spouse is a trustee of family trusts.


Transfers from IRA #1 to IRA #4

2015 FDR Line 125
Transferred to IRA #4 (now Line 175)
Oppenheimer Internatonal (OIBAX)

2015 FDR Line 127
Transferred to IRA #4 (now Line 176)
Growth Fund of America (GFAFX)


Additions to 2015 Financial Disclosure Report

Line 117 / Lamb Weston
Spin-off from Line 29 / Conagra Foods

Line 118 / Quality Care Properties
Spin-off from Line 31 / HCP Inc.

Lines 119-120
Acquisitions to Trust #1

Lines 177-179
Acquisitions to Trust #4

Line 188
Acquisition to Trust #5

Line 298
Dividend Capital Total Realty Trust
Transfer from Trust #1 (distributed in 2015 with a 1/5 distriubution to spouse)

Line 299 / Lamb Weston
Spin-off from Line 210 / Conagra Foods (CAG)

Line 300
Market Vector Short (SHYD)
Acquisition made jointly or by spouse

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544